# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# _____DIVISION

|  |  |
|---|---|
| Plaintiff(s), <br><br> v. <br><br><br><br><br><br><br><br> Defendant(s). (Enter above the full name(s) of all defendants in this lawsuit. Please attach additional sheets if necessary.) | Case No. _____ <br> (to be assigned by Clerk of District Court) <br><br> JURY TRIAL DEMANDED <br><br> YES\_\_\_   NO\_\_\_ |

## EMPLOYMENT DISCRIMINATION COMPLAINT

1. This employment discrimination lawsuit is based on (check only those that apply):

\_\_\_\_ Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, *et seq.*, for employment discrimination on the basis of race, color, religion, gender, or national origin.
**NOTE**: *In order to bring suit in federal district court under Title VII, you must first obtain a right-to-sue letter from the Equal Employment Opportunity Commission.*

\_\_\_\_ Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. §§ 621, *et seq.*, for employment discrimination on the basis of age (age 40 or older).
**NOTE**: *In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file charges with the Equal Employment Opportunity Commission.*

\_\_\_\_ Americans with Disabilities Act of 1990, as amended, 42 U.S.C. §§ 12101, *et seq.*, for employment discrimination on the basis of disability.
**NOTE**: *In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a right-to-sue letter from the Equal Employment Opportunity Commission.*

____ Rehabilitation Act of 1973, as amended, 29 U.S.C. §§ 701, *et seq.*, for employment discrimination on the basis of a disability by an employer which constitutes a program or activity receiving federal financial assistance.
**NOTE**: *In order to bring suit in federal district court under the Rehabilitation Act of 1973, you must first file charges with the appropriate Equal Employment Office representative or agency*.

____ Other (Describe)

## **PARTIES**

2. Plaintiff's name: _____

   Plaintiff's address: _____
   Street address or P.O. Box

   _____
   City/ County/ State/Zip Code

   _____
   Area code and telephone number

3. Defendant's name: _____

   Defendant's address: _____
   Street address or P.O. Box

   _____
   City/County/State/ Zip Code

   _____
   Area code and telephone number

**NOTE: IF THERE ARE ADDITIONAL PLAINTIFFS OR DEFENDANTS, PLEASE PROVIDE THEIR NAMES, ADDRESSES AND TELEPHONE NUMBERS ON A SEPARATE SHEET OF PAPER.**

4. If you are claiming that the discriminatory conduct occurred at a different location, please provide the following information:

_____
(Street Address)                (City/County)               (State)   (Zip Code)

5. When did the discrimination occur?  Please give the date or time period:

_____

## ADMINISTRATIVE PROCEDURES

6. Did you file a charge of discrimination against the defendant(s) with the Missouri Commission on Human Rights?

_____ Yes    Date filed: _____

_____ No

7. Did you file a charge of discrimination against the defendant(s) with the Equal Employment Opportunity Commission or other federal agency?

_____ Yes    Date filed: _____

_____ No

8. Have you received a Notice of Right-to-Sue Letter?

_____ Yes                              _____ No

If yes, please attach a copy of the letter to this complaint.

9. If you are claiming age discrimination, check one of the following:

_____ 60 days or more have passed since I filed my charge of age discrimination with the Equal Employment Opportunity Commission.

_____ fewer than 60 days have passed since I filed my charge of age discrimination with the Equal Employment Opportunity Commission.

## **NATURE OF THE CASE**

10. The conduct complained of in this lawsuit involves (check only those that apply):

    _____ failure to hire me

    _____ termination of my employment

    _____ failure to promote me

    _____ failure to accommodate my disability

    _____ terms and conditions of my employment differ from those of similar employees

    _____ retaliation

    _____ harassment

    _____ other conduct (specify):

Did you complain about this same conduct in your charge of discrimination?

    _____ Yes          _____ No

11. I believe that I was discriminated against because of my (check all that apply):

    _____ race

    _____ religion

    _____ national origin

    _____ color

    _____ gender

    _____ disability

    _____ age (birth year is: _____)

    _____ other:

Did you state the same reason(s) in your charge of discrimination?

_____ Yes             _____ No

12. State here, as briefly and clearly as possible, the essential facts of your claim. Describe specifically the conduct that you believe is discriminatory and describe how each defendant is involved in the conduct. Take time to organize your statement; you may use numbered paragraphs if you find it helpful.  It is not necessary to make legal arguments, or to cite cases or statutes.

(Continue to page 6, if additional space is needed.)

March 27, 2020
I stood in line for over 3 hours with many other people. We were not allowed a bathroom break until we were very close to the front of the line.
One of the people doing intakes at that time was a lovely young black woman who appeared to be familiar with ASL. I informed her that I am not familiar with ASL and she was kind enough to accommodate my request to have a bathroom break while I waited in line to have my picture taken.
I had my picture taken for the work badge and went home to await the next step.
Between March 29, 2020 and April 5, 2020
I received several conflicting emails regarding my start date and time. It was eventually settled that my start date was the night of April 5th at 8pm.
April 5, 2020
I left my home 45 minutes early, expecting the drive to take no more than the 2 hours it had previously taken when I got the picture taken for the work badge.
There was a bad traffic accident on I-70 that evening. I was stuck in traffic more than half an hour with traffic backed up for more than a mile while the lanes were cleared.
I got to work on time and stood outside in line with other people to get inside and get the work badge and schedule. I expected to be trained that night.
I finally got in, got a needed bathroom break, and got my badge and schedule. At that point, I was shown how to clock in and taken to a break room.
When the room was considered full while still maintaining safe distancing rules, I was pulled from the room and told that I was being sent home. They gave me a flimsy excuse:
“We don’t have a deaf interpreter to train you with. We want you to go home and wait for an email to know when to come in and be trained.”
I tried explaining that I don’t use an interpreter because I lip read. I even showed them an app on my phone that types out everything anyone says if I can’t read their lips.
They sent me home anyway.
April 8, 2020
I received an email which basically accused me of abandoning the job. I immediately emailed back and explained what actually happened. I said I still wanted to work and asked if they still wanted me to work.
April 9, 2020

(Attach additional sheets as necessary).

13. The acts set forth in paragraph 12 of this complaint:

_____ are still being committed by the defendant.

_____ are no longer being committed by the defendant.

_____ may still be being committed by the defendant.

## **REQUEST FOR RELIEF**

State briefly and exactly what you want the Court to do for you.  Make no legal arguments; cite no cases or statutes.

14. Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule

      I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

      I declare under penalty of perjury that the foregoing is true and correct.

      Signed this _____ day of _____, 20_____.

      Signature of Plaintiff    _____